FILED13 JAN '12 17:17 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**                    **10-CV-6217 TC**

        **v.**                          **ORDER OF GARNISHMENT**

**JIMMY KIM,**

        **Defendant,**

**AMERICAN FAMILY LIFE INSURANCE CO**

        **Garnishee.**

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer on December 23, 2011, stating that at the time of the service of the Writ it had in its possession, custody or control, personal property belonging to and due defendant.

PAGE 1 -    FINAL ORDER OF GARNISHMENT
                 *US v. Kim,* 10-CV-6217 TC

On December 12, 2011, defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED garnishee pay the cash surrender value of approximately $23,885.60 from insurance policy, plus any accrued interest or other deposits to plaintiff.

Payments shall be made payable to **Department of Justice** and mailed to **United States Attorney Office Attn: Financial Litigation, 1000 SW Third Avenue, Suite 600, Portland, OR 97204.**

Dated: 1/13/2012

MARY MORAN
Clerk, U.S. District Court

By: _____
Deputy Clerk

PAGE 2 -   FINAL ORDER OF GARNISHMENT
           US v. Kim, 10-CV-6217 TC